**Order filed June 5, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00230-CV
_____

**NANNETTE DULCIE, Appellant**

**V.**

**GUARDIAN TRANSFER STORAGE CO. INC., Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1039132**

## ORDER

This appeal is from an order signed February 4, 2014. Appellant filed an affidavit of indigence in this court on May 15, 2014. On May 19, 2014, pursuant to Texas Rule of Appellate Procedure 20.1(d) (2), this court sent a copy of the affidavit and notice that a contest to the affidavit was due in this court on or before May 30, 2014. Notice and the affidavit were sent to Stan Stanart, the Harris County Clerk, and Lettie Witter, the official court reporter of the County Civil Court at Law No. 1.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f). On April 28, 2014, the Harris County Clerk filed the clerk's record in this appeal.

Accordingly, Lettie Witter, the official court reporter for the County Civil Court at Law No. 1 is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM